**In re GEMSTAR DEVELOPMENT CORPORATION PATENT LITIGATION**

**Gemstar Development Corporation and Index Systems, Inc., Plaintiffs–Appellants,**

v.

**Scientific–Atlanta, Inc., Defendant–Appellee.**

No. 05–1102.

United States Court of Appeals, Federal Circuit.

June 28, 2005.

ON MOTION

*ORDER*

Upon consideration of Gemstar Development Corporation et al.'s unopposed motion to voluntarily dismiss their appeal from *Gemstar Development Corporation et al. v. Scientific–Atlanta, Inc.,* MDL case no. 1274 (N.D.Ga.),

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.